**98–2556. Ohio Edison v. Tracy.**
Board of Tax Appeals, No. 95–K–50. On motion to consolidate case with 98–2557, *infra*. Motion

granted.

Cook, J., not participating.